```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                     WESTERN DIVISION

                   No. 5:09-CR-75-H-3
                   No. 5:16-CV-457-H
```

AARON LEE WHITEHEAD,            )
                                )
    Petitioner,                 )
                                )     <u>ORDER</u>
    v.                          )
                                )
UNITED STATES OF AMERICA,       )
                                )
    Respondent.                 )

For good cause having been shown upon the motion of Respondent, it is hereby

ORDERED that Petitioner is allowed 30 days from the filing of this order to file a supplemental 28 U.S.C. § 2255 motion or other response to the Supreme Court's decision in <u>Beckles v. United States</u>, __ S. Ct. __, No. 15-8544, 2017 WL 855781 (March 6, 2017).

It is further ORDERED that Respondent shall have 30 days from the filing of Petitioner's supplement to file a response, if any.

This 16th day of May 2017.

                                                            MALCOLM J. HOWARD
                                                            Senior United States District Judge