UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Aaron Lee Whitehead**                       **Docket No. 5:09-CR-75-3H**

**Petition for Action on Supervised Release**

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Aaron Lee Whitehead, who, upon an earlier plea of guilty to Interference With Commerce by Threats or Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 1951 and 2; Possession of a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2; and Possession of a Firearm by a Felon and Aiding and Abetting, in violation of 18 U.S.C. §§ 922(g)(1), 924, and 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on October 13, 2009, to the custody of the Bureau of Prisons for a term of 130 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Aaron Lee Whitehead was released from custody on November 3, 2017, at which time the term of supervised release commenced.

A Violation Report was submitted to the court on March 13, 2018, addressing cocaine use. The defendant was continued on supervision, referred for substance abuse treatment, and a cognitive intervention was applied.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the defendant on August 13, 2018, was positive for cocaine. When confronted by the undersigned probation officer about illicit drug use, Whitehead admitted cocaine use on August 10, 2018, and signed an admission form.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ J. Brock Knight
J. Brock Knight
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2030
Executed On: August 21, 2018

### ORDER OF THE COURT

Considered and ordered this 23rd day of August, 2018, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge